

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2015

No. 04-14-00761-CR

David **CHARLES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5564
Honorable Lori I. Valenzuela, Judge Presiding

## O R D E R

The Appellant's motion for extension of time to file Appellant's Reply Brief is GRANTED. Time is extended to October 8, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court